IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISTI RICHTER**  **PLAINTIFF**
ADC #719853

v.  CASE NO. 3:24-CV-00132 BSM

**P. MALOTT, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE